# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 19, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161964

JILL WHITE,
      Plaintiff-Appellee,

v

DIVA NAILS, LLC,
      Defendant-Appellant,

and

NAILS STUDIO,
      Defendant-Appellee.

SC: 161964
COA: 347847
Wayne CC: 17-012539-NO

_____/

On order of the Court, the application for leave to appeal the June 25, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 19, 2021



Clerk

b0512